# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

MICHAEL NATHANIEL LEWIS

Debtor

Chapter 13

Case No. 19-12785-KHK

## MOTION TO DISMISS, NOTICE OF MOTION TO DISMISS AND NOTICE OF SCHEDULED HEARING ON THIS MOTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(6) -** Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements. Debtor has made only one Plan payment since filing this case on August 23, 2019 and has not made a Plan payment since September, 2019.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Michael Nathaniel Lewis, Case #19-12785-KHK

*Attend the hearing to be held on January 16, 2020 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste.400
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _December 19, 2019_____          __/s/ Thomas P. Gorman_____
                                        Thomas P. Gorman
                                        Chapter 13 Trustee
                                        300 N. Washington Street, #400
                                        Alexandria, VA 22314
                                        (703) 836-2226
                                        VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 19th day of December, 2019, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Michael Nathaniel Lewis | John Paul Goetz |
| Chapter 13 Debtor | Attorney for Debtor |
| 104 East Main Street | 86 W. Shirley Avenue |
| Apt 1 | Warrenton, VA 20186 |
| Remington, VA 22734 | |

                                        __/s/ Thomas P. Gorman_____
                                        Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 12/19/2019

CASE NO: 19-12785-KHK
STATUS: ACTIVE

DEBTOR: XXX-XX-8414
LEWIS, MICHAEL NATHANIEL
AKA:

DATE FILED: 08/23/2019
CONFIRMED: 11/05/2019
LATEST 341: 10/01/2019
PERCENTAGE: 100.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 09/2019
ON SCHEDULE: 2,403.00
ACTUAL PAYMENTS: 800.00
AMOUNT BEHIND: 1,603.00

104 EAST MAIN STREET
APT 1
REMINGTON, VA 22734

ATTORNEY: JOHN PAUL GOETZ
86 W. SHIRLEY AVENUE
WARRENTON, VA 20186
Phone: 540 359-6605 Fax: 540 359-6610

SCHEDULE: 801.00 MONTHLY
TOTAL PAID: 800.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 09/23/19 | MO | 800.00 |

## DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 021 | 338410 | AARON'S SALES AND RENTAL | PRO | UNS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
| 022 | 351076 | LEE SHERBEYN REAL ESTATE | PRO | UNS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS PAY% | INT. BEGIN / INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 326159 | FIRST INVESTORS SERVICING CORPOR / TBS/ FILED AS UNSECURED | PRO | UNS 100.00 | | 0.00 0.00 | 9,468.35 0.00 | 9,468.35 9,468.35 | 0.00 0.00 | 9,468.35 0.00 |
| 002 | 285784 | TOWER FEDERAL CREDIT UNION / APP | FIX | SEC 100.00 | 08/23/2019 6.2500 | 318.93 1,275.72 | 16,397.91 16,397.00 | 16,397.91 16,397.91 | 0.00 0.00 | 16,397.91 366.44 |
| 003 | 351072 | ARGULE CAMPBELL | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 1,825.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 004 | 351073 | CAMELBACK FINANCE INC | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 8,322.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 005 | 348994 | CAPIO PARTNERS LLC | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 217.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 006 | LVNV | LVNV FUNDING LLC. / CREDIT ONE | PRO | UNS 100.00 | | 0.00 0.00 | 906.50 906.00 | 906.50 906.50 | 0.00 0.00 | 906.50 0.00 |
| 007 | LVNV | LVNV FUNDING LLC. / CREDIT ONE | PRO | UNS 100.00 | | 0.00 0.00 | 733.39 733.00 | 733.39 733.39 | 0.00 0.00 | 733.39 0.00 |
| 008 | 322450 | ENHANCED RECOVERY CORP | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 1,345.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 009 | 304146 | FINGERHUT | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 198.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 010 | 343785 | PREMIER BANKCARD LLC | PRO | UNS 100.00 | | 0.00 0.00 | 851.74 851.00 | 851.74 851.74 | 0.00 0.00 | 851.74 0.00 |
| 011 | 343785 | PREMIER BANKCARD LLC | PRO | UNS 100.00 | | 0.00 0.00 | 826.92 826.00 | 826.92 826.92 | 0.00 0.00 | 826.92 0.00 |
| 012 | 284372 | IC SYSTEM | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 80.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 013 | 347843 | IQ DATA INTERNATIONAL INC. / AMOUNT UNKNOWN | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 014 | 351074 | KENNETH EISEN & ASSOCIATES / AMOUNT UNKNOWN | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 015 | 339920 | MARINER FINANCE, LLC | PRO | UNS 100.00 | | 0.00 0.00 | 1,712.56 1,679.00 | 1,712.56 1,712.56 | 0.00 0.00 | 1,712.56 0.00 |
| 016 | 321970 | MERRICK BANK | PRO | UNS 100.00 | | 0.00 0.00 | 1,072.74 1,381.00 | 1,072.74 1,072.74 | 0.00 0.00 | 1,072.74 0.00 |
| 017 | 351075 | ONE STOP MONEY CENTERS LLC | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 1,010.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Case Power® 12.1

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 12/19/2019

CASE NO: 19-12785-KHK
STATUS: ACTIVE

DEBTOR: XXX-XX-8414
LEWIS, MICHAEL NATHANIEL

SCHEDULE: 801.00 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 018 | 349479 | PRESTIGE FINANCIAL SVC / AMOUNT UNKNOWN | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 019 | 341156 | WELLS FARGO BANK | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 289.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 020 | 349989 | SUNTRUST BANK / UNLISTED | PRO-A | UNS 100.00 | | 0.00 0.00 | 142.45 0.00 | 142.45 142.45 | 0.00 0.00 | 142.45 0.00 |
| 023 | 345069 | WELLS FARGO CARD SERVICES / UNLISTED - OPEN-END REVOLVE CRED | PRO-A | SEC 100.00 | | 0.00 0.00 | 299.43 0.00 | 299.43 299.43 | 0.00 0.00 | 299.43 0.00 |
| 024 | 348731 | ADVANCE FINANCIAL / UNLISTED | PRO-A | UNS 100.00 | | 0.00 0.00 | 4,117.08 0.00 | 4,117.08 4,117.08 | 0.00 0.00 | 4,117.08 0.00 |
| 024A | 348731 | ADVANCE FINANCIAL / DUPLICATE- UNLISTED? | PRO-A | UNS 100.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 |
| 799 | GOETZ | JOHN PAUL GOETZ | PRO 11/2019 | ATY 100.00 | | 0.00 0.00 | 5,296.00 5,296.00 | 4,406.00 4,406.00 | 786.00 0.00 | 3,620.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 4.00 | 4.00 | |
| | | | | TOTALS: | | 318.93 1,275.72 | 41,825.07 41,355.00 | 40,939.07 40,939.07 | 790.00 0.00 | 40,149.07 366.44 |

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 5,296.00 | 0.00 | 16,397.00 | 19,662.00 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 4,406.00 | 0.00 | 16,697.34 | 19,831.73 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 786.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 3,620.00 | 0.00 | 16,697.34 | 19,831.73 | 0.00 | DUE CREDITORS: | 40,515.51 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 366.44 | 0.00 | 0.00 | EXPECTED ADMIN: | 2,677.34 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 10.00 |
| BALANCE DUE: | 0.00 | 3,620.00 | 0.00 | 17,063.78 | 19,831.73 | 0.00 | APPROX BALANCE: | 43,182.85 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                              Case Power® 12.1